**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CATARINO HERNANDEZ VELAZQUEZ, | ) | |
| Petitioner, | ) | No. 3:26-cv-01470 |
| v. | ) | Chief Judge Cathy Bissoon |
| LEONARD ODDO, et al., | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Pending before the Court is Petitioner Catarino Hernandez Velazquez's Petition for Writ of Habeas Corpus (Doc. 1) (the "Petition"). Petitioner currently is an immigration detainee in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Philipsburg, Pennsylvania. Petitioner alleges an entry date into the United States around 1998 or 1999, and that Petitioner has resided in the United States since then. Petitioner was placed into immigration detention on or around July 28, 2026. There is no indication that Petitioner has any criminal convictions.

The Petition asserts that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents oppose relief by relying upon decisions by the Courts of Appeals for the Fifth and Eighth Circuits to argue that mandatory detention is authorized under § 1225(b)(2)(A). The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the Second, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits in holding that this mandatory detention provision only applies to noncitizens apprehended upon entry into the country or shortly thereafter. See, e.g., Tejeda Perez v. Oddo, No. 3:26-cv-00745, Order (Doc. 8), at 5, May

28, 2026; see also Barbosa da Cunha v. Freden, 175 F.4th 61, 69, 74-75 (2d Cir.), *petition for cert. filed*, No. 26-104 (U.S. July 23, 2026); Lopez-Campos v. Raycraft, 175 F.4th 713, 721-24 (6th Cir.), *petition for cert. filed*, No. 25-1415 (U.S. June 24, 2026); Cirrus Rojas v. Olson, No. 25-3127, 2026 WL 2198315, at *17 (7th Cir. July 30, 2026); Rodriguez Vazquez v. Bostock, No. 25-6842, 2026 WL 2196424, at *26 (9th Cir. July 30, 2026); Santillan Quiroz v. Mullin, 180 F.4th 1226, 1236-37 (10th Cir. 2026); Hernandez Alvarez v. Warden, Fed. Det. Ctr. Mia., 175 F.4th 1258, 1275-76 (11th Cir. 2026).

**AND NOW**, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law. Respondents are **ORDERED** to provide Petitioner with such a hearing, or release Petitioner, on or before September 20, 2026.
The petition is **DENIED** to the extent it requests any additional relief without prejudice to renewal.

August 20, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record